UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

MULTIPHONE LATIN AMERICA INC.,
a Florida corporation,

    Plaintiff,

vs.

MILLICOM INTERNATIONAL CELLULAR S.A.,
a corporation organized under the laws of Luxembourg,

    Defendant.
_____/

## NOTICE OF REMOVAL

Millicom International Cellular S.A., in accordance with 28 USC §§ 1332, 1441, and 1446, removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County to the United States District Court for the Southern District of Florida. Removal of this action is based on the following:

    1.    On June 12, 2025, plaintiff Multiphone Latin America Inc. filed a complaint in Miami-Dade Circuit Court styled *Multiphone Latin America Inc. v. Millicom International Cellular, S.A.*, case number 2025-011143-CA-01 (the "Action"). A copy of the complaint is attached as Exhibit A.

    2.    Millicom was served with the summons and complaint on July 2, 2025.

    3.    This Court has diversity jurisdiction under 28 USC § 1332 because complete diversity of citizenship exists between Multiphone and Millicom, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

4. Multiphone is a Florida corporation. Millicom is a public limited liability company organized and established under the laws of the Grand Duchy of Luxembourg.

5. In its complaint, Multiphone demands, among other things, compensatory damages in an amount not less than $11 million. *See* Exhibit A p. 20.

6. This Notice of Removal is being filed within 30 days of the date on which Millicom was served with the summons and complaint. *See* Exhibit A. Thus, removal is timely under 28 USC §1446(b).

7. Removal to this district is proper under 28 USC §1446(a) because this district includes the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, in which the removed Action was filed.

8. A copy of all process, pleadings, and documents in the removed action that have been served on Millicom are being filed with this Notice of Removal as Exhibit B. Further, Millicom will promptly file a copy of this Notice of Removal with the Clerk of Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

9. This Notice of Removal does not waive any defense available to Millicom, including but not limited to, service of process, insufficiency of process, venue, or any other defense.

Dated: July 21, 2025                                                                 Respectfully submitted,

**RIVERO MESTRE LLP**
*Attorneys for Millicom International Cellular, S.A*
2525 Ponce de Leon Blvd.
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: jmestre@riveromestre.com
E-mail: ccl@riveromestre.com

        E-mail: ahenry@riveromestre.com

*/s/ Jorge A. Mestre*
Jorge A. Mestre
Fla. Bar. No. 88145
Christina Ceballos-Levy
Fla. Bar No. 411965
Allison Henry
Fla. Bar. No. 1003008

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

By: */s/ Jorge A. Mestre*
    Jorge A. Mestre